## FOURTH DEPARTMENT, JULY TERM, 1887.

Thomas Lacy, Respondent, v. Sophronia A. Getman, Appellant. — Judgment and order reversed and a new trial granted, with costs to abide event. Opinion by Boardman, J.

Catharine Pecor, Respondent, v. The City of Oswego, Appellant. — Order reversed, with ten dollars costs and disbursements; motion granted, with ten dollars costs. Opinion by Hardin, P. J.

In the Matter of the Application of Ephraim B. Tillotson and another, as Overseer of the Poor of the Town of Cazenovia, Appellants, v. Edward Smith, to Compel the Support of James Smith, a Poor Relative, Respondent. — Order of the Court of Sessions reversed and the proceedings remitted for further action, without costs. Opinion by Boardman, J.

The People of the State of New York, Respondent, v. William H. Gibbs, Appellant. — Conviction and judgment affirmed and proceedings remitted to Jefferson County Court of Sessions. Opinion by Follett, J.

Mary E. Gray, Appellant, v. Ferris L, Mead and another, Executors, Respondents. — Judgment of the County Court of Schuyler county reversing the justice's judgment affirmed, with costs. Opinion by Hardin, P. J.

Mary B. Phillips, as Executrix, Respondent, v. Edwin W. Phillips, Appellant. — Judgment affirmed, with costs, on opinion of Williams, J.; Mem. by Boardman, J.

William R. Olney, Appellant, v. George H. Blasier, Respondent. — Judgment and order reversed and a new trial ordered in Oneida County Court, with costs to abide the event. Opinion by Hardin, P. J.

William H. Harrison, Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent. — Motion for a new trial denied, with costs, and judgment ordered for the defendant on the nonsuit, with costs. Opinion by Boardman, J.

Marcus M. Beeman, Respondent, v. George A. Banta, Appellant. — Judgment and order affirmed, with costs. Opinion by Boardman. J.; Mem. by Hardin, P. J.

The Union Cemetery Association of Westmoreland, Appellant, v. Amos Barnes, Respondent. — Judgment affirmed on the opinion of Kennedy, J., delivered at the circuit.

Alexander Buchanan, Appellant, v. The Rome, Watertown and Ogdensburgh Railroad Company, Respondent. — Judgment affirmed, with costs. Opinion by Boardman, J.

William V. Havens, Appellant, v. John C. McCarthy, Respondent. — Judgment reversed and a new trial ordered in the County Court of Onondaga county, with costs to abide the event. Opinion by Hardin, P. J.

Jacob Edick and another, Respondents, v. Harvey A. Fults and others, Appellants. — Judgment affirmed, with costs. Opinion by Boardman, J.

Emily P. Streeter and another, Appellants, v. John L. Ward, Respondent. — Judgment of

the Oneida County Court affirmed, with costs. Opinion by Follett, J.

Charles W. Osborn, Appellant, v. Nicholas P. Randall, Respondent. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Charles H. Perkins, Respondent, v. John Thorp, Appellant. — Judgment and order affirmed, with costs. Opinion by Boardman, J.

Equitable Aid Union, Appellant, v. Frank E. Hill and others, Respondents. — Interlocutory judgment affirmed, with costs, with leave to the plaintiff to amend its complaint upon payment of costs of demurrer and of this appeal within twenty days. Opinion by Hardin, P. J.; Follett, J., not acting.

Charles K. Grannis, Appellant, v. Addie L. Hobby, Respondent.—Judgment reversed and new trial ordered, with costs to abide the event. Opinion by Boardman. J.

The First Baptist Church of Barnes Corners, Respondent, v. Charles E. Greenley, Appellant.— Judgment affirmed, with costs. Opinion by Boardman, J.

Eleanor J. Chapin, Appellant, v. George C. Dimmock, Respondent. — Judgment affirmed, with costs, upon the opinion of Martin, J., delivered at Spectal Term.

Mary L. Grant and another, by Guardian, Respondents, v. Jennie S. Keator and others, Appellants.— Judgment affirmed, with costs against appellants. Opinion by Hardin, P. J.

Lorenzo Howell, Respondent, v. Thomas R. Wright, Appellant. — Judgment and order affirmed, with costs, on the opinion of this court on the former appeal. (See 41 Hun, 167.)

Eli D. Harrington, Respondent, v. The Village of Phœnix, Appellant.—Judgment and order affirmed, with costs. Opinion by Follett, J.

Peter Pereaux, Respondent, v. The Oswego St. John the Baptist Society, Appellant.—Interlocutory judgment and order affirmed, with costs, with leave to answer upon payment of costs of the demurrer and of this appeal within twenty days.

Charles F. Bitter, Respondent, v. The Onondaga County Savings Bank, Appellant.—Judgment and order denying a new trial reversed and a new trial granted, with costs to abide the event. Opinion by Boardman, J.

John G. Palmer, as Administrator of Harmon L. Wilber, Appellant, v. Thomson Kingsford, Respondent.—Judgment affirmed, with costs in the accounting action. Opinion by Hardin, P. J.

John G. Palmer, as Administrator, Appellant, v. Thomson Kingsford, Respondent.— In the trover action judgment affirmed, with costs. Opinion by Hardin, P. J.

Julia A. W. Palmer, Appellant, v. Thomson Kingsford and another, Respondents, Impleaded, etc.—Judgment affirmed, with costs. Opinion by Hardin, P. J.

Conrad Loos and others, Respondents, v. J. Foreman Wilkinson and others, Appellants.— Judgment affirmed, with costs against appellants personally. Opinion by Follett, J.